UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David Edward Palmer, II, | File No. 25-cv-3315 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Anoka County, State of Minnesota, and Minnesota Attorney General Keith Ellison, | |
| Respondents. | |

On August 19, 2025, Petitioner David Edward Palmer, II, filed a petition for a writ of habeas corpus. ECF No. 1; *see State v. Palmer*, 02-CR-24-1506 (Minn. Dist. Ct.); *State v. Palmer*, 02-CR-25-1031 (Minn. Dist. Ct.). Magistrate Judge Dulce J. Foster issued a Report and Recommendation on September 2, 2025, recommending that Mr. Palmer's petition be denied and the matter be dismissed. ECF No. 5 at 5. Coincidentally, that same day (September 2), Mr. Palmer filed another habeas petition seeking the same relief. ECF No. 6. Whether it is considered an amended petition or a supplement to the original petition, the second habeas petition does not change or add anything factually or legally to the original petition. *See generally id.* Mr. Palmer also filed a document styled as a motion to intervene requesting essentially the same relief. *See* ECF No. 13 (filed September 2, 2025). Mr. Palmer filed no objections to the September 2 Report and Recommendation. The Report and Recommendation's analysis applies as much to the September 2 petition and the motion to intervene as it applied to the original petition. Mr. Palmer's subsequent filings do not undermine the Report and Recommendation's analysis in any way.

Therefore, based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**.

2. Petitioner's petitions for writs of habeas corpus [ECF Nos. 1 and 6] are **DENIED WITHOUT PREJUDICE**.

3. Petitioner's Motion to Intervene [ECF No. 13] is **DENIED**.

4. Petitioner's applications to proceed *in forma pauperis* [ECF Nos. 2 and 7] are **DENIED**.

5. This action is **DISMISSED**.

6. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court